**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 15, 2026

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Castillo Flores v. Arteta et al.*, No. 26 Civ. 2945 (PAE)

Dear Judge Engelmayer:

This Office represents the government in the above-referenced habeas corpus action filed on April 9, 2026, ECF No. 1, in which petitioner, Jairo Castillo Flores ("Petitioner"), challenges his detention pending removal. On April 10, 2026, this Court issued an order directing the government to file an answer in response to the petition by Wednesday, April 15, 2026. I write respectfully to request, with Petitioner's consent, a seven-day extension of time for the government to file its response to the petition, until Wednesday, April 22, 2026.

I make this request due to the press of business, which includes three arguments in other habeas cases this week that have required time to prepare (one Monday, one Tuesday, and another on Thursday), among other matters I am working on, including a supplemental brief in another habeas matter due today. Additionally, more time is needed for this Office to obtain pertinent documents and information that is needed for the government to prepare its response to the petition, including documents related to the Order of Supervision. Petitioner's counsel consents to this request, with the understanding that this Office has asked ICE not to move Petitioner out of the Southern or Eastern Districts of New York or the District of New Jersey, while this action is pending. This is the government's first request for an extension in this case.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov

GRANTED. Petitioner's reply is due April 27, 2026.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Date: April 15, 2026
New York, New York