UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIRO CASTILLO-FLORES,

                              Petitioner,

                    -v-

PAUL ARTETA *et al.*,

                              Respondents.

---

26 Civ. 2945 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

In reviewing the parties' submissions, *see* Dkts. 1, 9–12, the Court has determined that it would benefit from hearing argument from counsel. Accordingly, the Court schedules a hearing on the Petition for **Thursday, May 7, 2026** at **2 p.m.** in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007.

The Government is directed to produce petitioner Jairo Castillo Flores. *See* 28 U.S.C. § 2243 ("Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.").

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 4, 2026
        New York, New York