UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAIRO CASTILLO FLORES,

                              Petitioner,

           -v-

PAUL ARTETA *et al.*,

                            Respondents.

---

26 Civ. 2945 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       For the reasons stated on the record of today's conference, the Court schedules an evidentiary hearing in this case for **Tuesday, May 12, 2026**, at **9:30 a.m.**, in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. The parties are to be prepared to present live testimony that will elucidate the full range of issues raised in the Petition and at today's conference. The Government is directed to ensure petitioner Jairo Castillo Flores' presence at the hearing.

       SO ORDERED.

*Paul A. Engelmey*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 7, 2026
       New York, New York