UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIRO CASTILLO FLORES,

Petitioner,

v.

PAUL ARTETA, *et al.*,

Respondents.

No. 26 Civ. 2945 (PAE)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, petitioner Jairo Castillo Flores ("Petitioner") filed this habeas action on April 9, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"); and

WHEREAS, on May 11, 2026, Petitioner was released from detention under supervision, as required pursuant to 8 U.S.C. § 1231(a)(3); therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
May 13, 2026

MAKE THE ROAD NEW YORK

By: /s/ Harold A. Solis (with consent)
HAROLD A. SOLIS
301 Grove Street
Brooklyn, New York, 11237
Telephone: (718) 418-7690
E-mail: harold.solis@maketheroadny.org
*Attorney for Petitioner*

Dated: New York, New York
May 13, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Tudor Neagu /s/*
TUDOR NEAGU
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 856-5190
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

SO ORDERED.

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Date: May 14, 2026